UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-11054-GAO

JOSE FRANCISCO SALVADOR and JASON ROBERT LEWIS,
Plaintiffs,

v.

CASHMAN EQUIPMENT CORPORATION and SERVICIO MARINA SUPERIOR
Defendants.

ORDER
December 6, 2019

O'TOOLE, S.D.J.

The plaintiffs, Jose Francisco Salvador and Jason Robert Lewis, each filed proofs of claim asserting unliquidated personal injury claims against the defendant-debtors in their bankruptcy action, In re Cashman Corp., 17-bk-12205. The defendant-debtors seek to withdraw the reference of the plaintiffs' claims to the bankruptcy court. Because the bankruptcy court may not try personal injury tort claims, see 28 U.S.C. § 157(b)(5), the defendant-debtors' unopposed Motion to Withdraw Reference (dkt. no. 1) is GRANTED.

The defendant-debtors' request that the Court transfer the claims and their objections to them to the District Court for the Western District of Louisiana is also GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
Senior United States District Judge