UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOSE FRANCISCO SALVADOR ET AL          CIVIL ACTION NO.  6:19-CV-01570

VERSUS                                 Judge Michael J. Juneau

CASHMAN EQUIPMENT CORP ET AL           Magistrate Judge Carol B. Whitehurst

## MINUTE ENTRY

Apprised of the parties' indication of their intention to pursue this matter in

state court, the Court requests said stipulation be filed into the record by March

31, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE