# Anderson, Dozier, Blanda & Saltzman
## ATTORNEYS AT LAW
### A REGISTERED LIMITED LIABILITY PARTNERSHIP

BENNETT BOYD ANDERSON, JR.*†
GILBERT HENNIGAN DOZIER*
NICHOLAS A. BLANDA*
KEITH P. SALTZMAN*
JOHN P. GRAF*

†BOARD CERTIFIED-CIVIL TRIAL ADVOCACY
  NATIONAL BOARD OF TRIAL ADVOCACY
*A PROFESSIONAL LAW CORPORATION

2010 W. PINHOOK ROAD
LAFAYETTE, LOUISIANA
70508

TELEPHONE
(337) 233-3366

TELECOPIER
(337) 233-3163

March 31, 2021

The Honorable Michael J. Juneau
United States District Judge
800 Lafayette St., Ste. 4200
Lafayette, Louisiana 70501

Via E-Mail

Re:   Salvador et al v. Cashman Equipment Corp et al, United States District Court, Western District of Louisiana, Docket No. 6:19-cv-01570-MJJ-CBW

Dear Judge Juneau:

In follow to prior discussions with Michelle Kallam, I am local counsel for Mr. Salvador with respect to the captioned matter. Lead counsel are Kyle Farrar and David Romagosa from Farrar & Ball in Houston, Texas.

At this time, lead counsel for the plaintiff and counsel for Cashman are working diligently to prepare and finalize a joint stipulation to stay this matter and litigate the corresponding case styled *Jose Francisco Salvador Salvador v. Cashman Equipment Corp., CHM Maritime Sapi De C.V and Servicio Marina Superior, LLC*, 16th JDC, Parish of St. Mary, State of Louisiana, 131070-B in Louisiana state court pursuant to the Louisiana Direct Action Statute.

The parties are currently analyzing various insurance policies (some of which are in Spanish) and, despite their best efforts, have not yet finalized the stipulation. Under the circumstances, the plaintiff respectfully requests an additional thirty (30) day extension of time in which to file the stipulation into the record in this matter.

Thank you for considering our request. Should you have any questions, please do not hesitate to contact me.

Yours very truly,

ANDERSON DOZIER BLANDA & SALTZMAN

NICHOLAS A. BLANDA

NAB/pb
cc:   All counsel of record (via e-mail).