UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSE FRANCISCO SALVADOR ET AL | CIVIL ACTION NO.  6:19-CV-01570 |
| VERSUS | Judge Michael J. Juneau |
| CASHMAN EQUIPMENT CORP ET AL | Magistrate Judge Carol B. Whitehurst |

## MINUTE ENTRY

In light of the request of the parties for an additional (30) thirty days to file a joint stipulation to stay this matter and litigate the corresponding case styled Jose Francisco Salvador Salvador v. Cashman Equipment Corp.) CHM Maritime Sapi De C. Vand Servicio Marina Superior) LLC, 16th JDC, Parish of St. Mary, State of Louisiana, 131070-B in Louisiana state court pursuant to the Louisiana Direct Action Statute, Rec. Doc. [20], the Court requests said stipulation be filed into the record by April 30, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE