

April 30, 2021

The Honorable Michael J. Juneau
United States District Judge
800 Lafayette St., Ste. 4200
Lafayette, Louisiana 70501

      Re:    Salvador et al v. Cashman Equipment Corp et al, United States District Court, Western District of Louisiana, Docket No. 6:19-cv-01570-MJJ-CBW

Dear Judge Juneau:

     I am lead counsel for Plaintiff Jose Salvador in this matter. I am writing this in response to your request we enter into a stipulation by April 30, 2021 to stay this matter in Federal Court and to determine if we can litigate in State Court pursuant to the Louisiana Direct Action Statute.

     First and foremost, we appreciate the patience of this Court. Unfortunately, we are not able to file a stipulation at this time because all parties have yet to make an appearance in *Jose Francisco Salvador Salvador v. Cashman Equipment Corp., CHM Maritime Sapi De C. V and Servicio Marina Superior, LLC,* 16th JDC, Parish of St. Mary, State of Louisiana, 131070-B. We request an additional 90 days for the stipulation to be filed in the pending matter in the Western District of Louisiana.

     For background to explain the delay, one of the defendants in the state court case, CHM Maritime SAPI de C.V., is a Mexican corporation that must be served pursuant to the Hague Convention. We have spent significant time and resources attempting to serve CHM Maritime SAPI de C.V. but our efforts have been unsuccessful to date. In 2019 we attempted to serve Defendant CHM Maritime SAPI de C.V. in the State Court lawsuit at an address in Mexico where they are no longer present. Once we found out service was unsuccessful, we retained an investigator to locate them. On March 2, 2020, we retained APS International to serve Defendant CHM Maritime SAPI de C.V. in Ciudad del Carmen, Campeche, Mexico for the case pending in St. Mary Parish. Despite our diligence, in the nearly 14 months since we began our efforts to serve this Defendant, we have not been able to obtain service. On April 28, 2021, I got an update from APS International stating:

> *My status from my October 2, 2020 email below remains the same. The request was received by the Mexican authorities and is being processed. I tried to reach out to my contact today for status, however, I am not able to guarantee when or if I will receive a response, usually the proof of service or non-service is our only form of status. It can still be several weeks or months before we hear from the Mexican authorities. We recommend obtaining service extensions, as necessary.*

For reference, the October 2, 2020 email stated:

> *The request for service in this matter was sent abroad on 3/9/2020 and received by the Mexican*

> *authorities on 3/11/2020. I recently checked on this matter and was informed that the matter is currently with the local court for service. Although service and return of proof usually takes 6 months or longer normally, the COVID-19 pandemic has further extended these time frames as the courts in Mexico have been closed for several months. It will take time for them to catch up.*

My correspondence to APS is attached as *Exhibit 1* to this letter. Given the fact one Defendant has not been served in the State Court matter, we have not been able to get all the insurance policies and potential indemnity agreements between the parties to file a stipulation in this matter to satisfy the concerns of Mr. Salvador, Cashman Equipment Corp., and Servicio Marina Superior, LLC. Moreover, in the event we begin discovery and start to actively litigate this case in the Western District, it would serve Mr. Salvador and CHM Maritime prejudice since all parties for the incident giving rise to this lawsuit(s) have yet to make an appearance in either lawsuit. Mr. Salvador does not wish to litigate this matter in two different courts.

Once we obtain service on Defendant CHM Maritime SAPI de C.V. for the case pending in St. Mary Parish, I am hopeful we can agree to a stipulation to satisfy the concerns of all the parties and their counsel. That being said, we are not able to do much until CHM is served.

Thank you for considering our request. If you have any concerns or need further explanation, please feel free to contact me.

Sincerely,

FARRAR & BALL, LLP

David Romagosa

cc: All counsel of record