**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JOSE FRANCISCO SALVADOR ET AL** | **CASE NO. 6:19-CV-01570** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CASHMAN EQUIPMENT CORP ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Abstain and for Remand (Doc. No. 24) is **GRANTED.**

Signed at MONROE, LOUISIANA, this 6th day of September 2022.

TERRY A. DOUGHTY
**UNITED STATES DISTRICT JUDGE**